**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MUHAMMAD ABU ABDULLAH,

                    Plaintiff,              Civil Case No. 07-CV-12340

v.

                                      DIST. JUDGE PAUL D. BORMAN

COMMISSIONER OF               MAG. JUDGE CHARLES BINDER
SOCIAL SECURITY,

                    Defendant.

_____ /

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION[1] IN FAVOR OF GRANTING DEFENDANT'S MOTION TO DISMISS

       Before the Court is the Magistrate Judge's December 18, 2007 Report and Recommendation

in favor of granting Defendant's Motion to Dismiss. (Dkt. No. 10). Having reviewed that Report

and Recommendation, and there being no objections, the Court enters as its findings and conclusions

the Report and Recommendation **GRANTING** Defendant's Motion to Dismiss. Further, the Court

**DISMISSES WITH PREJUDICE** Plaintiff's Complaint.

       **SO ORDERED.**




                                 s/Paul D. Borman_____
                                 PAUL D. BORMAN
                                 UNITED STATES DISTRICT JUDGE

Dated: February 28, 2008

---

      [1]      While the Magistrate Judge styles this Report and Recommendation as granting
an "ex parte" Motion to Dismiss, the Defendant's Motion was not styled "ex parte," and Plaintiff
was served with a copy of the Motion.

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on February 28, 2008.

s/Denise Goodine
Case Manager